**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**John R. MCHONE, Defendant—**
**Appellant.**

**No. 05–30533.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 24, 2006.*

Decided July 28, 2006.

George W. Breitsameter, Esq., Boise, ID, for Plaintiff-Appellee.

Kimberly Deater, Esq., Spokane, WA, for Defendant-Appellant.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: ALARCÓN, HAWKINS, and THOMAS, Circuit Judges.

### MEMORANDUM **

John R. McHone appeals from the sentence of 12 months and one day and order of restitution, imposed after his guilty-plea conviction for theft of public property and aiding and abetting, in violation of 18 U.S.C. §§ 641, 2. We have jurisdiction under 28 U.S.C. § 1291 and affirm.

McHone contends the evidence did not support an upward enhancement to his sentence based on a finding that he was responsible for a loss amount of $17,000 worth of timber. The district court, however, had adequate evidence of the market value of the timber from the trees which McHone admitted he and his associates illegally removed. *See* U.S.S.G. §§ 1B1.3(a), 2B1.1 and cmt. n. 3; *see also United States v. Bright,* 353 F.3d 1114, 1119 (9th Cir.2004). This same evidence supports the district court's order imposing $17,150.25 in restitution. *See* 18 U.S.C. § 3664(h); *see also United States v. Stoddard,* 150 F.3d 1140, 1147 (9th Cir. 1998).

McHone's remaining arguments, raised for the first time in his reply brief, are deemed waived. *See United States v. Curtin,* 443 F.3d 1084, 1094 (9th Cir.2006).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).